1  ERIC S. WAXMAN (Bar No. 106649)
   Eric.Waxman@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
3  300 South Grand Avenue, Suite 3400
   Los Angeles, California 90071-3144
4  Tel: (213) 687-5000
5  Fax: (213) 687-5600

6  RAOUL D. KENNEDY (Bar No. 40892)
   Raoul.Kennedy@skadden.com
7  GARRETT J. WALTZER (Bar No. 130764)
   Garrett.Waltzer@skadden.com
8  RICHARD S. HORVATH, JR. (Bar No. 254681)
9  Richard.Horvath@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER
10    & FLOM LLP
   525 University Ave, Suite 1100
11 Palo Alto, California 94301
12 Tel: (650) 470-4500
   Fax: (650) 470-4570
13
   Attorneys for Defendants
14 COST PLUS, INC., JOSEPH H. COULOMBE,
   CLIFFORD J. EINSTEIN, BARRY J. FELD,
15 DANNY W. GURR, JOHN C. POUND, KIM D.
16 ROBBINS, FREDERIC M. ROBERTS, and
   KENNETH T. STEVENS

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRENE DIXON, On Behalf of Herself and All Others Similarly Situated, ) | **CASE NO. 12-CV-02721-LHK** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| ) | |
| v. ) | |
| ) | Date Action Filed: May 25, 2012 |
| COST PLUS, INC., JOSEPH H. COULOMBE, CLIFFORD J. EINSTEIN, BARRY J. FELD, DANNY W. GURR, JOHN C. POUND, KIM D. ROBBINS, FREDERIC M. ROBERTS, KENNETH T. STEVENS, BED BATH & BEYOND INC., and BLUE CORAL ACQUISITION CORP., ) | Hon.: Lucy H. Koh |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

WHEREAS, on May 9, 2012, Cost Plus, Inc. ("Cost Plus" or the "Company"), Bed Bath & Beyond Inc. ("BBBY"), and Blue Coral Acquisition Corporation ("Blue Coral") announced that they had entered into a definitive merger agreement ("Merger Agreement").  Subject to the terms and conditions of the Merger Agreement, BBBY and Blue Coral have agreed to make a cash tender offer for all outstanding shares of Cost Plus common stock at a price of $22 per share, followed by a merger in which all shareholders that have not tendered would receive the same consideration (the "Proposed Merger");

WHEREAS, on May 25, 2012, the above-named plaintiff (the "Plaintiff") filed an action in the United States District Court, Northern District of California, challenging the Proposed Merger captioned *Dixon v. Cost Plus, Inc., et al.* ("Federal Action");

WHEREAS, on May 30, 2012, the parties filed a Stipulation and [Proposed] Order of Class Certification and Case Management;

WHEREAS, on June 1, 2012, the Court issued an Order Re: Preliminary Injunction Briefing Schedule wherein the Court stated it is available to hear Plaintiff's anticipated motion for preliminary injunction on June 14, 2012, at 1:30 p.m.  The Court further ordered the parties to meet and confer and propose an alternative briefing schedule for Plaintiff's anticipated motion for preliminary injunction by June 1, 2012, at 5:00 p.m.  The Court's Order also required any reply brief to be filed no later than June 11, 2012;

WHEREAS, having met and conferred, **IT IS HEREBY STIPULATED AND AGREED** this 1st day of June, 2012:

1. The following briefing schedule shall govern expedited proceedings in this action:

| | |
|---|---|
| Plaintiff Files and Serves Opening Brief in Support Of Motion For Preliminary Injunction (and Any Supporting Affidavits) | On or before June 4, 2012 |
| Defendants File and Serve Answering Briefs in Opposition to Plaintiff's Motion for Preliminary Injunction (and Any Supporting Affidavits) | On or before June 8, 2012 |

| Plaintiff Files and Serves Reply Brief in Support of Motion for Preliminary Injunction (and Any Supporting Affidavits) | On or before June 11, 2012 |
|---|---|
| Hearing on Plaintiff's Motion for Preliminary Injunction | June 14, 2012 at 1:30 p.m. |

2. The parties shall serve courtesy copies of all pleadings by email in addition to service by ECF.

DATED: June 1, 2012

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Eric S. Waxman
       ERIC S. WAXMAN
     Attorneys for Defendants
COST PLUS, INC., JOSEPH H. COULOMBE, CLIFFORD J. EINSTEIN, BARRY J. FELD, DANNY W. GURR, JOHN C. POUND, KIM D. ROBBINS, FREDERIC M. ROBERTS, and KENNETH T. STEVENS

I, Eric S. Waxman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

DATED: June 1, 2012

        FARUQI & FARUQI, LLP

By:   /s/ David E. Bower
       DAVID E. BOWER
     Attorneys for Plaintiff
       IRENE DIXON

DATED: June 1, 2012

PROSKAUER ROSE LLP

By:    /s/ Michael Firestein
MICHAEL FIRESTEIN
Attorneys for Defendants
BLUE CORAL ACQUISITION CORP., and
BED BATH & BEYOND INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 1, 2012

                                                   /s/ Lucy H. Koh
The Honorable Lucy H. Koh
United States District Court

-3-
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE   CASE NO. 12-CV-02721-LHK