United States District Court
For the Northern District of California

1
2
3            IN THE UNITED STATES DISTRICT COURT
4
5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7   IRENE DIXON, On Behalf of Himself          **CASE NO.** 5:12-cv-02721
    and All Others Similarly Situated,
8
          Plaintiff,                           ~~(Proposed)~~
9                                              **ORDER GRANTING APPLICATION**
    v.                                         **FOR ADMISSION OF ATTORNEY**
10  COST PLUS, INC., et al.                    *PRO HAC VICE*
11
12        Defendant.
13
14  Brian T. Moon                          , whose business address and telephone number is
15  369 Lexington Avenue, 10th Fl.
    New York, NY 10017
16  Tel.: (212) 983-9330
17  and who is an active member in good standing of the bar of  New York
18  having applied in the above-entitled action for admission to practice in the Northern District of
19  California on a pro hac vice basis, representing   IRENE DIXON
20        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
21  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
22  *vice*. Service of papers upon and communication with co-counsel designated in the application
23  will constitute notice to the party. All future filings in this action are subject to the requirements
24  contained in General Order No. 45, *Electronic Case Filing*.
25
26  Dated:   June 1, 2012                      *Lucy H. Koh*
                                               _____
27                                             Lucy H. Koh
                                               United States District    Judge
28