**FARUQI & FARUQI, LLP**
DAVID E. BOWER (119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email:  dbower@faruqilaw.com

*Attorneys for Plaintiff Irene Dixon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE DIXON, On Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>COST PLUS, INC., JOSEPH H. COULOMBE, CLIFFORD J. EINSTEIN, BARRY J. FELD, DANNY W. GURR, JOHN C. POUND, KIM D. ROBBINS, FREDRIC M. ROBERTS, KENNETH T. STEVENS, BED BATH & BEYOND, INC., and BLUE CORAL ACQUISITION CORP.<br><br>            Defendants | Case No. 12-cv-02721-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT ON REPLY PAPERS IN SUPPORT OF PLAINTIFF IRENE DIXON'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Lucy H. Koh<br>Time:  1:30 p.m.<br>Date:   June 14, 2012<br>Ctrm.:  8 – 4th Floor |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT ON REPLY PAPERS IN SUPPORT OF PLAINTIFF IRENE DIXON'S MOTION FOR PRELIMINARY INJUNCTION

1  Irene Dixon ("Plaintiff") and Cost Plus, Inc., Joseph H. Coulombe, Clifford J. Einstein,
2  Barry J. Feld, Danny W. Gurr, John C. Pound, Kim D. Robbins, Fredric M. Roberts, Kenneth T.
3  Stevens, Bed Bath & Beyond, Inc., and Blue Coral Acquisition Corp (collectively "Defendants"),
4  by and through their respective counsel, hereby stipulate as follows:
5  WHEREAS, on May 25, 2012, Plaintiff filed a Class Action Complaint for Breach of
6  Fiduciary Duty and Individual Claims For Violation of Sections 14(d)4 and(e) and 20(a) of the
7  Securities Exchange Act of 1934 in this Court.
8  WHEREAS, on June 5, 2012, Plaintiff filed a Motion For Preliminary Injunction.
9  WHEREAS, on June 8, 2012, Defendants filed their Opposition to Plaintiff's Motion for
10 Preliminary Injunction and accompanying Joinder.
11 WHEREAS, Plaintiff's Reply in support of her Motion for Preliminary Injunction is due on
12 June 11, 2012 and set for hearing on June 14, 2012.
13 WHEREAS, under Civil Local Rule 7-4(b), a party's reply brief or memorandum may not
14 exceed 15 pages of text.
15 WHEREAS, having met and conferred, IT IS HEREBY STIPULATED AND AGREED
16 this 11th day of June, 2012:

1. Plaintiff is granted an additional two pages of text in submitting their Reply brief in support of their Motion for Preliminary Injunction.
2. Defendants, in consenting to the additional pages of text in this stipulation and proposed order do not waive, and expressly reserve the right to object to any new arguments not raised in the opening brief.

Dated: June 11, 2012                              **FARUQI & FARUQI, LLP**

                                                  By:    s/ David E. Bower
                                                         David E. Bower
                                                         Attorney for Plaintiff
                                                         IRENE DIXON

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMIT ON REPLY PAPERS IN SUPPORT OF PLAINTIFF IRENE DIXON'S MOTION FOR PRELIMINARY INJUNCTION

1

| | |
|---|---|
| Dated:  June 11, 2012 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP** |
| | By:   s/ Eric S. Waxman |
| | Eric S. Waxman<br>Attorneys for Defendants<br>COST PLUS, INC., JOSEPH H. COULOMBE, CLIFFORD J. EINSTEIN, BARRY J. FELD, DANNY W. GURR, JOHN C. POUND, KIM D. ROBBINS, FREDERIC M. ROBERTS AND KENNETH T. STEVENS |
| Dated:  June 11, 2012 | **PROSKAUER ROSE LLP** |
| | By:   s/ Michael A. Firestein |
| | Michael A. Firestein<br>Attorneys for Defendants<br>BLUE CORAL ACQUISITION CORP., and BED BATH & BEYOND, INC. |

PURSUANT TO STIPULATION, IT IS SO **ORDERED**.

DATED: June 11, 2012

_____
Honorable Lucy H. Koh
United States District Court

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT ON REPLY PAPERS IN SUPPORT OF PLAINTIFF IRENE DIXON'S MOTION FOR PRELIMINARY INJUNCTION