**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE DIXON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>COST PLUS, INC.; JOSEPH H. COULOMBE; CLIFFORD J. EINSTEIN; BARRY J. FELD; DANNY W. GURR; JOHN C. POUND; KIM D. ROBBINS; FREDERIC M. ROBERTS; KENNETH T. STEVENS; BED BATH & BEYOND INC.; and BLUE CORAL ACQUISITION CORP.,<br><br>            Defendants. | Case No.: 12-CV-02721-LHK<br><br>ORDER RE: PRELIMINARY INJUNCTION HEARING |

The Court scheduled the hearing on Plaintiff's motion for a preliminary injunction for June 14, 2012, on the assumption that a trial in another matter would be ongoing during the week of June 18, 2012. The other matter has settled. Accordingly, the Court hereby continues the hearing on the motion for a preliminary injunction to June 19, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-02721-LHK
ORDER RE: PRELIMINARY INJUNCTION HEARING