1 | ERIC S. WAXMAN (Bar No. 106649)
Eric.Waxman@skadden.com
2 | SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
3 | 300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
4 | Tel: (213) 687-5000
Fax: (213) 687-5600
5 |
RAOUL D. KENNEDY (Bar No. 40892)
6 | Raoul.Kennedy@skadden.com
GARRETT J. WALTZER (Bar No. 130764)
7 | Garrett.Waltzer@skadden.com
RICHARD S. HORVATH, JR. (Bar No. 254681)
8 | Richard.Horvath@skadden.com
S. SHERYL LEUNG (Bar No. 238229)
9 | Sheryl.Leung@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
10 | & FLOM LLP
525 University Ave, Suite 1100
11 | Palo Alto, California 94301
Tel: (650) 470-4500
12 | Fax: (650) 470-4570

13 | Attorneys for Defendants
COST PLUS, INC., JOSEPH H. COULOMBE,
14 | CLIFFORD J. EINSTEIN, BARRY J. FELD,
MARK R. GENENDER, DANNY W. GURR,
15 | JOHN C. POUND, KIM D. ROBBINS,
FREDRIC M. ROBERTS, and KENNETH T.
16 | STEVENS

17 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
18 | **SAN JOSE DIVISION**

| | |
|---|---|
| 19 IRENE DIXON, On Behalf of Herself and All Others Similarly Situated | ) **CASE NO. 5:12-CV-02721-LHK** |
| 20 | ) |
| | ) **[PROPOSED] ORDER ALLOWING** |
| 21 Plaintiff, | ) **ELECTRONIC EQUIPMENT INTO** |
| v. | ) **COURTROOM** (as modified) |
| 22 | ) |
| COST PLUS, INC., JOSEPH H. COULOMBE, | ) Hon: Lucy H. Koh |
| 23 CLIFFORD J. EINSTEIN, BARRY J. FELD, | ) Date action filed: May 25, 2012 |
| MARK R. GENENDER, DANNY W. GURR, | ) Courtroom: #8, 4th Floor |
| 24 JOHN C. POUND, KIM D. ROBBINS, | ) Hearing Date: ~~June 14, 2012~~ June 19, 2012 |
| FREDRIC M. ROBERTS, KENNETH T. | ) Hearing Time: 1:30 p.m. |
| 25 STEVENS, BED BATH & BEYOND INC., | ) 2:00 |
| and BLUE CORAL ACQUISITION CORP., | ) |
| 26 | ) |
| Defendants. | ) |
| 27 | ) |

28

1         Pursuant to the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for ~~June~~ June

2   ~~14~~ 19, 2012, and UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendants Cost

3   Plus, Inc., Joseph H. Coulombe, Clifford J. Einstein, Barry J. Feld, Mark R. Genender, Danny W.

4   Gurr, John C. Pound, Kim D. Robbins, Fredric M. Roberts, and Kenneth T. Stevens, may bring

5   electronic equipment, including projectors and computers, into the Courtroom on ~~June 14,~~ June 19, 2012.

6       **IT IS SO ORDERED.**

7

8

9

10      **Dated:**   6/13/12

                      **The Honorable Lucy H. Koh**

11                        **United States District Court**

12  Submitted by:

13  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

14

15  By:         /s/ Eric S. Waxman

16          ERIC S. WAXMAN
        Attorneys for Defendants

17        COST PLUS, INC., JOSEPH H. COULOMBE,
    CLIFFORD J. EINSTEIN, BARRY J. FELD, MARK R.

18      GENENDER, DANNY W. GURR, JOHN C. POUND,
     KIM D. ROBBINS, FREDRIC M. ROBERTS, and

19          KENNETH T. STEVENS

20

21

22

23

24

25

26

27

28

                    1