UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE DIXON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COST PLUS, INC.; JOSEPH H. COULOMBE; CLIFFORD J. EINSTEIN; BARRY J. FELD; DANNY W. GURR; JOHN C. POUND; KIM D. ROBBINS; FREDERIC M. ROBERTS; KENNETH T. STEVENS; BED BATH & BEYOND INC.; and BLUE CORAL ACQUISITION CORP.,<br><br>Defendants. | Case No.: 12-CV-02721-LHK<br><br>ORDER RE: PRELIMINARY INJUNCTION HEARING AND MOTION TO INTERVENE |

The Court had scheduled a hearing on Plaintiff Irene Dixon's ("Plaintiff") motion for a preliminary injunction for June 19, 2012, at 2:00 p.m. Dr. Ogurkiewicz ("Putative Intervenor") has filed a motion to intervene, which was originally set to be heard on August 23, 2012. ECF No. 23. Putative Intervenor has moved to expedite the hearing on the motion to intervene and requests an opportunity to be heard on Plaintiff's motion for a preliminary injunction. ECF Nos. 39, 42. Defendants have indicated that they do not plan to oppose the motion to intervene, but Plaintiff has indicated that she does intend to oppose the motion to intervene. ECF No. 39.

Putative Intervenor has set forth colorable arguments in support of intervention under Federal Rule of Civil Procedure 24. Accordingly, the Court will hear the motion to intervene concurrently with the motion for a preliminary injunction. The Court will also give Putative

1
Case No.: 12-cv-02721-LHK
ORDER RE: PRELIMINARY INJUNCTION HEARING AND MOTION TO INTERVENE

Intervenor leave to file a brief in further support of a preliminary injunction, and Defendants an opportunity to respond to Putative Intervenor's arguments.  Accordingly, the hearing on Plaintiff's motion for a preliminary injunction set for June 19, 2012, is continued to June 25, 2012, at 2:00 p.m., and the motion for intervention will be heard at that time.

The Court sets the following briefing and hearing schedule and imposes the following page limits:

| Event | Date | Page Limit |
|---|---|---|
| Plaintiff's opposition to motion to intervene: | June 18, 2012, at 6:00 p.m. | 7 pages |
| Putative Intervenor's reply in support of motion to intervene: | June, 20, 2012, at 6:00 p.m. | 4 pages |
| Putative Intervenor's brief in support of preliminary injunction: | June 18, 2012, at 6:00 p.m. | 7 pages, 100 pages of exhibits |
| Defendant's opposition to Putative Intervenor's brief | June 20, 2012, at 6:00 p.m. | 7 pages, 100 pages of exhibits |
| Putative Intervenor's reply in support of preliminary injunction: | June 21, 2012, at 6:00 p.m. | 4 pages, 25 pages of exhibits |
| Hearing on motion for a preliminary injunction and motion to intervene | June 25, 2012, at 2:00 p.m. | |

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-cv-02721-LHK
ORDER RE: PRELIMINARY INJUNCTION HEARING AND MOTION TO INTERVENE