IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRENE DIXON

          Plaintiff,

v.

COST PLUS, INC., et al.

          Defendant.

CASE NO. 12-CV-02721-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Gustavo F. Bruckner, whose business address and telephone number is POMERANTZ HAUDEK GROSSMAN & GROSS LLP
100 Park Avenue, New York, NY 10017
Telephone: (212) 661-1100
and who is an active member in good standing of the bar of New York and New Jersey having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Proposed Intervenor Gary Ogurkiewicz

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 15, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge