ERIC S. WAXMAN (Bar No. 106649)
Eric.Waxman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
Raoul.Kennedy@skadden.com
GARRETT J. WALTZER (Bar No. 130764)
Garrett.Waltzer@skadden.com
RICHARD S. HORVATH, JR. (Bar No. 254681)
Richard.Horvath@skadden.com
S. SHERYL LEUNG (Bar No. 238229)
Sheryl.Leung@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
525 University Ave, Suite 1100
Palo Alto, California 94301
Tel: (650) 470-4500
Fax: (650) 470-4570

Attorneys for Defendants
COST PLUS, INC., JOSEPH H. COULOMBE,
CLIFFORD J. EINSTEIN, BARRY J. FELD,
MARK R. GENENDER, DANNY W. GURR,
JOHN C. POUND, KIM D. ROBBINS,
FREDRIC M. ROBERTS, and KENNETH T.
STEVENS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IRENE DIXON, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COST PLUS, INC., JOSEPH H. COULOMBE, CLIFFORD J. EINSTEIN, BARRY J. FELD, MARK R. GENENDER, DANNY W. GURR, JOHN C. POUND, KIM D. ROBBINS, FREDRIC M. ROBERTS, KENNETH T. STEVENS, BED BATH & BEYOND INC., and BLUE CORAL ACQUISITION CORP.,<br><br>Defendants. | CASE NO. 5:12-CV-02721-LHK<br><br>[~~PROPOSED~~] AMENDED ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM<br><br>Hon: Lucy H. Koh<br>Date action filed: May 25, 2012<br>Courtroom: #8, 4th Floor<br>Hearing Date: June 25, 2012<br>Hearing Time: 2:00 p.m. |

On June 13, 2012, the Court granted Defendants' proposed Order (as modified) Allowing Electronic Equipment into the Courtroom for the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for June 19, 2012. See Dkt. # 38. On June 14, 2012, the Court issued an Order continuing that hearing from June 19, 2012, to June 25, 2012. See Dkt. # 45.

Accordingly, pursuant to the Court's June 13, 2012, and June 14, 2012, Orders and the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for June 25, 2012, at 2:00 p.m., and UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendants Cost Plus, Inc., Joseph H. Coulombe, Clifford J. Einstein, Barry J. Feld, Mark R. Genender, Danny W. Gurr, John C. Pound, Kim D. Robbins, Fredric M. Roberts, and Kenneth T. Stevens, may bring electronic equipment, including projectors and computers, into the Courtroom on June 25, 2012.

**IT IS SO ORDERED.**

Dated: 6/21/12

_____
The Honorable Lucy H. Koh
United States District Court

Submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____ /s/ Eric S. Waxman _____
ERIC S. WAXMAN
Attorneys for Defendants
COST PLUS, INC., JOSEPH H. COULOMBE,
CLIFFORD J. EINSTEIN, BARRY J. FELD, MARK R.
GENENDER, DANNY W. GURR, JOHN C. POUND,
KIM D. ROBBINS, FREDRIC M. ROBERTS, and
KENNETH T. STEVENS

1

[PROPOSED] AMENDED ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTROOM   CASE NO. 5:12-CV-02721-LHK
406279-Palo Alto Server 1A - MSW