1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

| | |
|---|---|
| IRENE DIXON, on behalf of herself and all others similarly situated, | ) ) ) Case No.: 12-CV-02721-LHK |
| Plaintiff, | ) ) ORDER REGARDING STATUS OF |
| v. | ) CASE ) |
| COST PLUS, et al., | ) ) |
| Defendants. | ) ) ) ) |

11
12
13
14
15
16

17          On June 26, 2012, Plaintiff Irene Dixon filed a stipulation of dismissal pursuant to Federal

18    Rule of Civil Procedure 41(a)(1).  In light of the voluntary dismissal, the Intervenor, Dr.

19    Ogurkiewicz, and Defendants are ORDERED to file a statement by June 29, 2012, indicating how

20    they intend to proceed.

21    **IT IS SO ORDERED.**

22    Dated: June 28, 2012

_Lucy H. Koh_
_____
23    LUCY H. KOH
United States District Judge

24
25
26
27
28

Case No.: 12-CV-02721-LHK
ORDER REGARDING STATUS OF CASE

United States District Court
For the Northern District of California