Gustavo F. Bruckner *(admitted pro hac vice)*
Samuel J. Adams
**POMERANTZ GROSSMAN HUFFORD**
**DAHLSTROM & GROSS LLP**
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: gfbruckner@pomlaw.com
         sjadams@pomlaw.com

*Counsel for Plaintiff-Intervenor and Plaintiff Gary Ogurkiewicz*

Nicole Lavallee (SBN 165755)
Todd A. Seaver (SBN 271067)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: nlavallee@bermandevalerio.com
         tseaver@bermandevalerio.com

*Local Counsel for Plaintiff-Intervenor and Plaintiff Gary Ogurkiewicz*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IRENE DIXON, On Behalf of Herself and All Others Similarly Situated,<br><br>                            Plaintiff,<br>           v.<br><br>COST PLUS, INC., JOSEPH H. COULOMBE, CLIFFORD J. EINSTEIN, BARRY J. FELD, DANNY W. GURR, JOHN C. POUND, KIM D. ROBBINS, FREDRIC M. ROBERTS, KENNETH T. STEVENS, BED BATH & BEYOND INC., and BLUE CORAL ACQUISITION CORP.,<br><br>                            Defendants. | Case No. 12-cv-02721-LHK<br><br>**NOTICE OF STIPULATION OF SETTLEMENT**<br><br>Before: Hon. Lucy H. Koh |

1  Plaintiff-Intervenor and Plaintiff Dr. Gary Ogurkiewicz respectively submits this Notice of Stipulation of Settlement attaching hereto as Exhibit 1 a copy of the Stipulation of Settlement executed by the parties in this action.

DATED: February 15, 2013    Respectfully submitted,

**BERMAN DEVALERIO**


By:   /s/ Nicole Lavallee
        Nicole Lavallee

Todd A. Seaver
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile   (415) 433-6282
Email: nlavallee@bermandevalerio.com
           tseaver@bermandevalerio.com

*Local Counsel for Plaintiff-Intervenor and Plaintiff Gary Ogurkiewicz*

Gustavo F. Bruckner *(admitted pro hac vice)*
Samuel J. Adams
**POMERANTZ GROSSMAN HUFFORD
  DAHLSTROM & GROSS LLP**
600 Third Avenue
New York, NY 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email: gfbruckner@pomlaw.com
           sjadams@pomlaw.com

*Counsel for Plaintiff-Intervenor and Plaintiff Gary Ogurkiewicz*