UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

## CIVIL MINUTES

**Court Proceedings:** Final Approval Hearing, Thursday, December 5, 2013
**Case Number:** 12-cv-02721-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown          Time in Court: 13 minutes
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**   DIXON v. COST PLUS, INC., et al

   **Attorneys Present:**   Gustavo F. Bruckner for Plaintiff
                            Michael Firestein for BedBath & Beyond and Blue Coral
                            Richard S. Horvath for Cost Plus and individual Defendants

PROCEEDINGS:

   Final Approval Hearing is held.  The Court will issue a written order.
   Court is adjourned.