```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4


 5
     IRENE DIXON, ON BEHALF OF        )  C-12-02721 LHK
 6   HERSELF AND ALL OTHERS           )
     SIMILARLY SITUATED,              )  SAN JOSE, CALIFORNIA
 7                                    )
                   PLAINTIFF,         )  DECEMBER 5, 2013
 8                                    )
              VS.                     )  PAGES 1-12
 9                                    )
     COST PLUS, INC., JOSEPH H.       )
10   COULOMBE, CLIFFORD J. EINSTEIN,  )
     BARRY J. FELD, MARK R.           )
11   GENENDER, DANNY W. GURR, JOHN    )
     C. POUND, KIM D. ROBBINS,        )
12   FREDRIC M. ROBERTS, KENNETH T.   )
     STEVENS, BED BATH & BEYOND       )
13   INC., AND BLUE CORAL             )
     ACQUISITION CORP.,               )
14                                    )
                   DEFENDANT.         )
15  _____    )

16

17            TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
18            UNITED STATES DISTRICT JUDGE

19


20            APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER:   LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      A P P E A R A N C E S:

 3      FOR THE PLAINTIFF:        POMERANTZ, GROSSMAN, HUFFORD
                                  DAHLSTROM & GROSS
 4                                BY:  GUSTAVO F. BRUCKNER
                                  600 THIRD AVENUE, 20TH FLOOR
 5                                NEW YORK, NEW YORK   10016

 6      FOR DEFENDANT             PROSKAUER ROSE LLP
        BED BATH & BEYOND:        BY:  MICHAEL A. FIRESTEIN
 7                                2049 CENTURY PARK EAST, 32ND FLOOR
                                  LOS ANGELES, CALIFORNIA   90067
 8

 9      FOR DEFENDANT             SKADDEN, ARPS, SLATE, MEAGHER & FLOM
        COST PLUS:                BY:  RICHARD S. HORVATH, JR.
10                                525 UNIVERSITY AVENUE, SUITE 1100
                                  PALO ALTO, CALIFORNIA   94301
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        SAN JOSE, CALIFORNIA                    DECEMBER 5, 2013

 2                         P R O C E E D I N G S

 3            (COURT CONVENED AT 1:35 P.M.)

 4                 THE CLERK:  CALLING FIRST CASE NUMBER C-12-02721 LHK,

 5     DIXON VERSUS COST PLUS, INCORPORATED, ET AL.

 6                 MR. BRUCKNER:  GOOD AFTERNOON, YOUR HONOR.

 7                 THE COURT:  GOOD AFTERNOON.

 8                 MR. BRUCKNER:  GUSTAVO BRUCKNER, POMERANTZ HAUDER FOR

 9     THE PLAINTIFFS, YOUR HONOR.

10                 MR. FIRESTEIN:  GOOD AFTERNOON, YOUR HONOR.

11     MICHAEL FIRESTEIN ON BEHALF OF BED BATH & BEYOND AND

12     BLUE CORAL.

13                 MR. HORVATH:  GOOD AFTERNOON, YOUR HONOR.

14     RICHARD HORVATH ON BEHALF OF COST PLUS AND THE REMAINING

15     INDIVIDUAL DEFENDANTS.

16                 THE COURT:  OKAY.  AND YOU'RE FROM SKADDEN; CORRECT?

17                 MR. HORVATH:  THAT IS CORRECT, YOUR HONOR.

18                 THE COURT:  ALL RIGHT.  SO DID YOU RECEIVE ANY

19     OBJECTIONS BETWEEN NOVEMBER 14TH AND THE DEADLINE OF

20     NOVEMBER 27TH?

21                 MR. BRUCKNER:  WE DID NOT, YOUR HONOR.

22                 THE COURT:  OKAY, GOOD.

23          HOW DID YOU DECIDE TO DIVIDE UP THE ATTORNEYS' FEES

24     AMONGST THE FIVE DIFFERENT PLAINTIFFS' LAW FIRMS?

25                 MR. BRUCKNER:  YOUR HONOR, WITH GREAT DIFFICULTY.
```

1      WHEN YOU HAD -- YOU HAD DIRECTED US, AT THE LAST HEARING,

2   TO FIGURE OUT A WAY AND YOU WANTED US TO -- AND THEN ALSO AT

3   THE PRELIMINARY INJUNCTION HEARING, YOU HAD MENTIONED THAT

4   THERE WAS SOME BENEFIT TO THE FARUQI FIRM, THAT THEY HAD

5   ENABLED THE PRELIMINARY INJUNCTION HEARING TO TAKE PLACE, SO WE

6   FELT THAT THE AMOUNT OF ONE-THIRD WOULD BE THE RIGHT AMOUNT

7   THAT WOULD AWARD THEM FOR THE EFFORTS THAT THEY HAD MADE IN AT

8   LEAST GETTING US TO THAT STAGE.

9       AND ALSO YOUR HONOR HAD, WHEN YOU'D GONE THROUGH THAT

10   EXERCISE, YOU HAD SUGGESTED THAT THERE MIGHT BE SOME

11   DISCLOSURES THAT YOU FELT THEY MIGHT HAVE MERITED PAYMENT FOR.

12       SO WE TOOK THAT INTO CONSIDERATION, IT WAS A NEGOTIATION,

13   AND WE FELT THAT WAS AN APPROPRIATE AMOUNT.

14       AND THE REST OF THE FIRMS, WE'VE ALL AGREED THAT WE WILL

15   ALLOCATE THE REMAINING PORTION ACCORDING TO OUR RESPECTIVE

16   CONTRIBUTIONS TO THE CASE BASED ON LODESTAR PRIMARILY.

17          THE COURT:  I THOUGHT THAT MS. DIXON'S CLAIMS WERE

18   NOT VERY MERITORIOUS, AND I THOUGHT THAT WAS FARUQI'S CLIENT.

19          MR. BRUCKNER:  THAT'S CORRECT, YOUR HONOR.

20          THE COURT:  RIGHT.  AND WEREN'T -- FARUQI'S CLAIMS AT

21   THE PRELIMINARY INJUNCTION WERE VERY WEAK.  IT WAS THE

22   OGURKIEWICZ CLAIMS THAT I THOUGHT HAD THE MOST CHANCE OF BEING

23   SOMEWHAT MERITORIOUS, AS OPPOSED TO DIXON.

24       SO I DON'T THINK FARUQI, THE LAW FIRM, ADDED ANYTHING

25   OTHER THAN FILING IN FEDERAL COURT AFTER STATE COURT ACTIONS

1     HAD ALREADY BEEN FILED IN DELAWARE AND IN SANTA CLARA COUNTY.
2           ALL RIGHT.  SO THERE'S NOT GOING TO BE ANY FURTHER
3     TRANSPARENCY ON HOW THE MONEY IS BEING DIVIDED UP AMONGST THE
4     PLAINTIFFS' LAWYERS.
5           MR. BRUCKNER:  I'M NOT SURE WHAT ADDITIONAL
6     TRANSPARENCY, YOUR HONOR --
7           THE COURT:  WELL, "IN ACCORDANCE WITH EACH FIRM'S
8     PROPORTION OF LODESTAR AND CONTRIBUTION TO THE LITIGATION,"
9     WHAT DOES THAT MEAN?
10          MR. BRUCKNER:  WE'RE GOING TO TAKE THE LODESTAR
11    AMOUNT AND WE'RE GOING TO FIGURE OUT WHAT THE APPROPRIATE
12    PERCENTAGE IS.  FOR EXAMPLE, IF ONE FIRM CONTRIBUTED 50 PERCENT
13    OF THE REMAINING LODESTAR AND ANOTHER ONE CONTRIBUTED 25 AND
14    THE OTHER ONE 25, WE'LL TAKE THAT AMOUNT.
15          AND THEN THERE WAS A SIGNIFICANT CONTRIBUTION BY SOME OF
16    THE FIRMS BEYOND THE DATE THAT WE SUBMITTED OUR LODESTAR
17    INFORMATION.  I MEAN, WE ONLY INCLUDED LODESTAR UP UNTIL THE
18    DATE OF THE PRELIMINARY INJUNCTION HEARING BECAUSE THAT WAS THE
19    DATE THAT YOUR HONOR SAID "HERE ARE THE BENEFITS THAT YOU'VE
20    OBTAINED FOR THE CLASS."
21          THE COURT:  RIGHT.  ALL THE FEES AFTER THAT WERE
22    FIGHTING OVER HOW YOU'RE GOING TO DIVIDE UP THE ATTORNEYS'
23    FEES.
24          MR. BRUCKNER:  NOT ENTIRELY, YOUR HONOR.  THERE WAS
25    NEGOTIATION WITH THE DEFENDANTS ON THE TERMS OF THE STIPULATION

1        OF THE SETTLEMENT.
2              THERE WAS A LOT OF WORK THAT WENT INTO THE FILINGS AND
3        RESPONDING AND DOING SOME RESEARCH, AND I THINK THAT THE FIRMS
4        THAT HAVE -- THE BERMAN DEVALERIO FIRM, WHICH IS LOCAL COUNSEL,
5        CONTRIBUTED A SIGNIFICANT AMOUNT OF WORK IN THAT RESPECT.
6        THAT'S NOT EVIDENT FROM THE LODESTAR, BUT WE KNOW IT IS, AND SO
7        WE WOULD PROBABLY MASSAGE IT A LITTLE BIT TO GIVE THEM AN EDGE
8        OVER THE OTHER FIRM WITH REGARD TO THE WORK THEY CONTRIBUTED
9        POST-PRELIMINARY INJUNCTION HEARING.
10             THE COURT: HOW DID YOU ARRIVE AT THE FEE NUMBER?
11             MR. BRUCKNER: THAT WAS -- THE TOTAL FEE, YOUR HONOR?
12       THAT WAS IN NEGOTIATIONS WITH DEFENDANTS. WE -- WE STARTED OUT
13       AT A NUMBER MUCH HIGHER, THEY COUNTERED WITH A NUMBER MUCH
14       LOWER, AND WE FINALLY AGREED THAT THAT WAS THE NUMBER THAT WE
15       COULD BOTH LIVE WITH. THAT WAS THE NUMBER THAT WE FELT WAS --
16       IN FACT, AS DEFENDANTS EVEN ACKNOWLEDGED AT THE LAST HEARING,
17       IT'S KIND OF -- IT'S ON THE LOW END OF THE FEES, BUT IT'S A
18       NUMBER THAT WE FELT WAS APPROPRIATE UNDER THE CIRCUMSTANCES.
19             THE COURT: THE 46,965.07, ARE THOSE THE ONLY COSTS
20       THAT ALL FIVE PLAINTIFFS' LAW FIRMS INCURRED? ARE THOSE THE
21       TOTAL COSTS FOR EVERYONE?
22             MR. BRUCKNER: YES, YOUR HONOR.
23             THE COURT: OKAY.
24             MR. BRUCKNER: IT'S BROKEN DOWN -- THERE ARE
25       AFFIDAVITS THAT WERE SUBMITTED WITH THE, WITH THE MOTION AND

```
1        THAT'S THE TOTAL AMOUNT.
2               THE COURT:  AND IS THAT INCLUDED IN THE 688,451.75?
3               MR. BRUCKNER:  NO, NO, YOUR HONOR.  I CAN --
4               THE COURT:  THAT'S JUST SEPARATELY FEES ONLY?
5               MR. BRUCKNER:  YES, YOUR HONOR.  I CAN -- I COULD --
6        YES, YOUR HONOR.  688,451 IS THE LODESTAR JUST UP UNTIL THAT
7        DATE.
8               THE COURT:  UM-HUM.
9               MR. BRUCKNER:  IF YOU -- AND THEN THERE'S $46,965.07
10       IN EXPENSES, AND THEN THERE'S $2,800 INCENTIVE AWARD WE'RE
11       ASKING FOR DR. OGURKIEWICZ.
12          BUT IN TOTAL ALL WE'RE SEEKING FROM DEFENDANTS IS 375,000.
13          AND I MAY POINT OUT, YOUR HONOR, IF YOU DEDUCT THE
14       EXPENSES FROM THE AMOUNT WE'RE SEEKING, THE REMAINING PORTION,
15       IT COMES OUT TO ABOUT $325,000, THAT -- IT'S A .47 MULTIPLIER.
16       THE IMPLIED HOURLY RATE IS ALMOST EXACTLY $250 DOLLARS.  IT'S
17       $250.20.
18              THE COURT:  ALL RIGHT.  IS THERE ANYTHING THE
19       DEFENDANTS WANT TO SAY?
20              MR. FIRESTEIN:  MICHAEL FIRESTEIN, YOUR HONOR.
21          I DON'T THINK SO.  WE -- THIS IS AN AGREEMENT THAT WE
22       REACHED.  I THINK MR. BRUCKNER HAS ARTICULATED THE FACT THAT IT
23       WAS DONE AT AN ARM'S LENGTH NEGOTIATION, ONE WHICH WE
24       COLLECTIVELY FELT WAS ACCEPTABLE UNDER THE CIRCUMSTANCES.
25              AND WE'VE SUBMITTED A STIPULATION TO THAT EFFECT AND
```

1    SIGNED ALL OTHER RELEVANT DOCUMENTS ASSOCIATED WITH OUR
2    AMENABILITY AND AGREEMENT WITH THE FINANCIAL TERMS AS IT
3    RELATES TO THE ATTORNEYS' FEES EXPENSES.
4          ACTUALLY, IT'S THE AGGREGATE OF BOTH THE INCENTIVE FEE AND
5    THE ATTORNEYS' FEES SO THAT THE CLAIMED 2800 INCENTIVE FEE IS
6    INCLUDED IN THE 375.
7          THE COURT:  OKAY.  WELL, I HAD PREVIOUSLY FOUND THAT
8    A BENEFIT HAD BEEN CONFERRED ON THE CLASS BECAUSE THERE WERE
9    ADDITIONAL SUPPLEMENTAL DISCLOSURES THAT THE DEFENDANTS MADE
10   BEFORE THE MERGER, SO I'M GOING TO APPROVE THIS FINAL APPROVAL
11   MOTION.
12         DID YOU GET THE E-MAIL TO PLEASE SEND US THE PROPOSED --
13         MR. BRUCKNER:  YES, YOUR HONOR.
14         THE COURT:  -- ORDER FORMAT?
15         MR. BRUCKNER:  YES, YOUR HONOR.  IT WAS RESUBMITTED
16   ABOUT 15 MINUTES AGO.
17         THE COURT:  PERFECT.  OKAY.
18         THEN I'M JUST GOING TO ADD PROBABLY JUST A VERY BRIEF
19   PARAGRAPH IN THERE THAT WHAT IS BEING AWARDED IN ATTORNEYS'
20   FEES IS LESS THAN 50 PERCENT OF THE LODESTAR, AND BECAUSE YOUR
21   LODESTAR CALCULATION WAS CUT OFF ON JUNE 25TH OF 2012, THE DATE
22   OF THE PRELIMINARY INJUNCTION HEARING, THAT YOUR ACTUAL
23   LODESTAR IS PROBABLY EVEN GREATER THAN THAT, SO THE NEGATIVE
24   MULTIPLIER IS EVEN LESS THAN WHAT WE'LL PUT IN THE ORDER.  I'LL
25   ADD THAT TO THE FINAL APPROVAL ORDER AND WE'LL TRY TO FILE THAT

```
1        HOPEFULLY EVEN TODAY.
2            MR. BRUCKNER:  THANK YOU, YOUR HONOR.  I APPRECIATE
3        THAT.
4            THE COURT:  OKAY.  AND THEN WE'LL ALSO ASK THE CLERK
5        TO CLOSE THE FILE.
6          ANYTHING ELSE?
7            MR. BRUCKNER:  NOT FROM US, YOUR HONOR.
8            THE COURT:  NO?
9            MR. FIRESTEIN:  I DON'T THINK SO, YOUR HONOR.
10           THE COURT:  ALL RIGHT.
11           MR. FIRESTEIN:  THE ONLY THING I WAS GOING TO SAY IS
12       I JUST WANT TO MAKE SURE THAT THE COURT UNDERSTANDS -- AND I
13       DON'T MEAN TO BE A MEMBER OF THE DEPARTMENT OF REDUNDANCY
14       DEPARTMENT -- BUT IT'S THE AGGREGATE NUMBER WHICH IS GOING TO
15       BE THERE, WHICH IS INCLUSIVE OF THE $2800 INCENTIVE FEE.
16           THE COURT:  ACTUALLY, WHY DON'T WE TAKE A LOOK TO
17       MAKE SURE I GET IT RIGHT.
18           MR. FIRESTEIN:  SURE.
19           THE COURT:  I HAVE THE PROPOSED ORDER.  SO FOR MR.,
20       OR DR. OGURKIEWICZ -- EXCUSE ME -- WELL, HE DID APPEAR AT THE
21       PRELIMINARY INJUNCTION HEARING AND I THOUGHT THAT A $2800
22       INCENTIVE AWARD FOR WHAT HE DID, AND I DID FIND THAT HE HAD THE
23       GREATEST STAKE IN THE LITIGATION AT THE PRELIMINARY INJUNCTION
24       HEARING, THAT THE $2800 INCENTIVE ACTIVE FEE FOR
25       DR. OGURKIEWICZ WAS FAIR AND REASONABLE.
```

| | |
|---|---|
| 1 | SO THEN FOR THE EXPENSES -- THIS IS PAGE 7, LINE 2, |
| 2 | PARAGRAPH 13 -- I'LL PUT IN THE $46,965.07.  CORRECT? |
| 3 | MR. BRUCKNER:  YES, YOUR HONOR. |
| 4 | THE COURT:  OKAY.  AND THEN FOR -- LET ME ASK, WITH |
| 5 | REGARD TO MR. FIRESTEIN, WHAT YOU WANT TO CLARIFY IS THAT IN |
| 6 | THE BLANK ON LINE 1 OF PAGE 7, THE FIRST LINE OF PARAGRAPH 13 |
| 7 | FOR THE ACTUAL ATTORNEYS' FEES AMOUNT, YOU WANT THAT NUMBER TO |
| 8 | BE 372,200?  IS THAT CORRECT? |
| 9 | MR. FIRESTEIN:  YES.  THAT'S INCLUSIVE OF THE COSTS |
| 10 | AS WELL.  THE ENTIRE AGGREGATE SUM IS $375,000. |
| 11 | SO IT'S GOING TO BE LESS THE 2800 AND LESS THE 46 -- |
| 12 | THE COURT:  46, THAT'S RIGHT.  THAT'S RIGHT. |
| 13 | MR. FIRESTEIN:  SO WHATEVER IS LEFT IS WHAT THE |
| 14 | UNDERSTANDING WAS BETWEEN THE PARTIES FOR FEES. |
| 15 | THE COURT:  OKAY.  SO IT'S GOING TO BE $325,234.93. |
| 16 | AND LET ME JUST CHECK MY MATH.  ADD TO THAT THE 46,965.07 IN |
| 17 | COSTS, AND THE 2800 INCENTIVE FEE FOR DR. OGURKIEWICZ.  DOES |
| 18 | THAT SOUND CORRECT? |
| 19 | MR. BRUCKNER:  I THINK, YOUR HONOR, IT'S 325,324.93. |
| 20 | BUT UNLESS YOU -- |
| 21 | THE COURT:  WHAT DID I SAY?  I WROTE 325,234.93.  IS |
| 22 | THAT WRONG? |
| 23 | MR. BRUCKNER:  I THINK THAT'S WRONG, BUT IF SOMEBODY |
| 24 | CAN DO THE MATH REAL QUICK. |
| 25 | THE COURT:  OKAY, HANG ON.  WHY DON'T I JUST |

1       RECALCULATE.  MAYBE I INVERTED A NUMBER.

2               MR. BRUCKNER:  MAYBE WE MADE THE ERROR, YOUR HONOR.

3               THE COURT:  I COME OUT WITH THE SAME NUMBER,

4       $325,234.93.  WHAT WAS YOUR NUMBER?  243?  IS THAT WHAT YOU

5       SAID?

6               MR. BRUCKNER:  I HAD 325,324.  SO I MAY HAVE INVERTED

7       THE NUMBERS, TRANSPOSED THE NUMBERS.

8            BUT IN ANY EVENT, WE AGREE THE TOTAL AMOUNT SHOULD BE 375.

9       THERE'S NO DISPUTE HERE.

10              THE COURT:  OKAY.  WELL, I'VE ADDED UP THOSE NUMBERS

11      AND I GET 375, SO I THINK THAT SHOULD BE CORRECT.

12              MR. BRUCKNER:  OKAY, GOOD.

13              THE COURT:  I DON'T -- OTHER THAN ADDING THAT SECTION

14      THAT I'M GOING TO ADD ABOUT THE NEGATIVE MULTIPLIER AND THE

15      PERCENTAGE OF THE LODESTAR, WHICH PROBABLY EVEN IS AN

16      UNDERESTIMATE SINCE YOU'VE NOT INCLUDED ANY OF YOUR FEES SINCE

17      JUNE OF 2012 AND THERE'S OBVIOUSLY BEEN WORK DONE ON THE

18      PRELIMINARY APPROVAL, THE FINAL APPROVAL AND WHATEVER ASPECTS

19      OF NEGOTIATING THE SETTLEMENT, I DON'T THINK THERE'S ANYTHING

20      ELSE THAT I NEED TO FILL IN, OTHER THAN THE DATE OF OUR

21      HEARING, WHICH WOULD BE ON PAGE 1.  RIGHT?  ANYTHING ELSE THAT

22      I NEED TO CHANGE TO FINALIZE THIS?

23           SO THIS WILL BE DECEMBER 5 OF 2013, PURSUANT TO, AND WE'LL

24      PUT THE DATE OF THE PRELIMINARY APPROVAL ORDER.

25              ANYTHING ELSE?

1          MR. BRUCKNER:  NO, YOUR HONOR, I DON'T BELIEVE SO.

2          MR. FIRESTEIN:  NOT FROM THE DEFENSE.

3          THE COURT:  OKAY.  ALL RIGHT.  WELL, WE'LL TRY TO GET

4    THAT OUT TODAY.

5          MR. FIRESTEIN:  THANK YOU VERY MUCH, YOUR HONOR.  WE

6    APPRECIATE YOUR TIME AND PATIENCE.

7          MR. BRUCKNER:  THANK YOU, YOUR HONOR.

8          THE COURT:  THANK YOU.

9       (THE PROCEEDINGS WERE CONCLUDED AT 1:48 P.M.)

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  JANUARY 15, 2014